# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZABETH MORROW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1-100, INCLUSIVE<br>Defendants. | Case No: 8: 18-cv-01306-AG-KES<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[Assigned to the Honorable Andrew J. Guilford] |

//
//
//
//
//

– 1 –

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulation, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 29, 2019

**HONORABLE ANDREW J. GUILFORD**
**UNITED STATES DISTRICT JUDGE**

ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)